UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MASSERAY SIBY,

                Petitioner,

    v.

JULIO HERNANDEZ, *et al.*,

                Respondents.

CASE NO. 2:26-cv-00993-GJL

AMENDED SCHEDULING ORDER DIRECTING RESPONDENTS TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED

This matter is before the Court on consent of the parties. *See* Dkt. 4. On March 31, 2026, the Court entered an Order staying these habeas proceedings pending the filing of a notice by Respondents as to Petitioner Masseray Siby's custody status. *See* Dkt. 19. On April 9, 2026, Respondents filed a Notice informing the Court that Petitioner was returned to the Northwest ICE Processing Center ("NWIPC") on April 7, 2026. Dkt. 20.

Upon review of Respondents' filing (Dkt. 20), the Court **LIFTS** the stay of these habeas proceedings, and **ENTERS** the following Scheduling Order for briefing on Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. 15):

AMENDED SCHEDULING ORDER DIRECTING RESPONDENTS TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED - 1

## I.   ORDER

Petitioner has filed an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 alleging that Petitioner is in custody in violation of the Constitution or laws of the United States. Dkt. 15. The Court has discretion to determine when a response to a § 2241 habeas petition is due. *See*, *e.g.*, Sect. 2254 Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254); *Clutchette v. Rushen*, 770 F.2d 1469, 1474–75 (9th Cir. 1985) (pursuant to Habeas Rule 4, the federal court has discretion to fix a time to file an answer beyond the time periods set forth in 28 U.S.C. § 2243). A court considering a habeas corpus petition "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. The Court **directs** Respondents **to show cause** why the writ of habeas corpus should not be granted and **ORDERS**:

1.   Respondents shall file a return to the Amended Habeas Petition no later than **April 27, 2026**. The return shall be noted on the Court's motion docket for the due date of the Petitioner's traverse – 5 days after the due date of the respondent's return. Any arguments that the Amended Petition should be dismissed shall be made in the return and not by separate motion. The return shall be filed using the "Response to Habeas Petition" ECF filing event.

2.   Any traverse by Petitioner shall be filed no later than **May 4, 2026**. A traverse filed through ECF shall be filed using the "Reply to Response to Motion" filing event.

3.   Respondents shall provide Petitioner and Petitioner's counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend,

AMENDED SCHEDULING ORDER DIRECTING
RESPONDENTS TO SHOW CAUSE WHY WRIT
OF HABEAS CORPUS SHOULD NOT BE
GRANTED - 2

holiday, or date the Court is closed) prior to any action to move or transfer any Petitioner from the Western District of Washington or to remove them from the United States.

4. The Clerk is directed to effectuate immediate service, if service has not already been accomplished, of the Amended Habeas Petition (Dkt. 15) filed in this case upon Respondents by emailing a copy of the Amended Habeas Petition (Dkt. 15) and this Order to USAWAW.ImmigrationHabeasService@usdoj.gov.

5. Petitioner's counsel shall provide Petitioner's A-file number promptly to the U.S. Attorney's Office via email to USAWAW.ImmigrationHabeasAnumbers@usdoj.gov.

6. If either party seeks an expedited or enlarged briefing schedule, counsel for that party (or the party themselves, if unrepresented) shall contact the opposing counsel (or party) promptly to meet and confer. The parties shall then file a joint expedited motion, noted for the same day it is filed, that contains either an agreed briefing schedule or the parties' competing proposals for a briefing schedule.

**FURTHER**, in light of the Court's Amended Scheduling Order, Petitioner's Motion for a Temporary Restraining Order (Dkt. 6) is **DENIED as moot**.

Dated this 13th day of April, 2026.

Grady J. Leupold
United States Magistrate Judge

AMENDED SCHEDULING ORDER DIRECTING
RESPONDENTS TO SHOW CAUSE WHY WRIT
OF HABEAS CORPUS SHOULD NOT BE
GRANTED - 3